IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                        Case No. 13-20033-KHV-DJW

JAMES HUMBERT,
KIMBERLY HUMBERT
    a.k.a. Kim Humbert,
CHARLES STEVENS II,
JOSE RAMON CARO-CORRAL,
ANGEL ARGUELLO-PLATA,
DENNIS ERICSON PORTILLO
    a.k.a. Maynor Benjamin Reyes,
    a.k.a. Alex Perez,
JORGE URIEL DELGADO-OVALLE, and
ADVANTAGE FRAMING SYSTEMS, INC.

        Defendants.

## NOTICE OF ARREST

The United States of America, by and through undersigned counsel, informs the Clerk of the United States District Court, as follows:

1. On March 15, 2013, a sealed Indictment was filed against the defendants in the above captioned case.

2. That the sealing envelope in this case states that the Sealed Indictment may be unsealed upon the arrest of the defendants.

3. On today's date some of the defendants were arrested on this indictment, as such, the Indictment should be unsealed forthwith.

                                      Respectfully submitted,
                                      Barry R. Grissom
                                      United States Attorney

                s/Jabari B. Wamble  
                Jabari B. Wamble, #22730  
                Assistant United States Attorney  
                500 State Avenue, Suite 360  
                Kansas City, Kansas 66101  
                (913) 551-6730  
                (913) 551-6541 (fax)  
                jabari.wamble@usdoj.gov