AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF Kansas

UNITED STATES OF AMERICA
v.
JAMES HUMBERT

unsealed
SEALED WARRANT FOR ARREST

CASE NUMBER: 13-20033-01-KHV-DJW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES HUMBERT
                                    Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

Conspiracy (harboring illegal aliens, money laundering, operating an unlicensed money transmission business)

in violation of 18 United States Code, Section(s) 371

| Timothy M. O'Brien | s/ Marla Gonzales |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | 03/15/2013    at Kansas City, Kansas |
| Title of Issuing Officer | Date and Location |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant James Humbert, at Spring Hill, KS |

| DATE RECEIVED 3/14/2013 | NAME AND TITLE OF ARRESTING OFFIi Kenneth R. Lovesee Special Agent | SIGNATURE OF ARRESTING OFFICER Kenneth R Lovesee |
|---|---|---|
| DATE OF ARREST 4/1/2013 | | |