# CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                                                          Case No: 13-20033-01-KHV-DJW

JAMES HUMBERT

AUSA:  Jabari B. Wamble
Counsel for Defendant:  (no appearance)

| | | | |
|---|---|---|---|
| **JUDGE:** | David J. Waxse | **DATE:** | April 1, 2013 |
| **DEPUTY CLERK:** | Lori Lopez | **TIME:** | 4:30 PM |
| **INTERPRETER:** | None | **PRETRIAL/PROBATION:** | Sara J. Valdez Hoffer |

Length of Hearing:   0   Hr(s)   14   Min(s)                                                    Location:  Kansas City, Kansas
Hearing Concluded:     (x) Yes ( ) No

## PROCEEDINGS

(x)   Rule 5 Hearing              ( )   Initial Revocation Hearing     ( )   Bond Hearing
( )   Identity Hearing            ( )   Held    ( )   Waived            ( )   Bond Revocation Hearing
( )   Preliminary Hearing         ( )   Held    ( )   Waived            ( )   Arraignment
( )   Detention Hearing           ( )   Held    ( )   Waived            ( )
( )   Scheduling Conference       ( )   Held    ( )   Waived

( )   Interpreter                 ( )   Sworn                            ( )   Previously sworn
(x)   Charges and penalties explained to defendant
( )   Defendant sworn and examined re: financial ability to retain counsel
( )   Counsel appointed                            ( )   At defendant's expense
(x)   Constitutional rights explained              (x)   Felony         ( )   Misdemeanor
( )   Defendant declined to waive indictment       ( )   Will be presented by next Grand Jury
( )   Signed Waiver of Indictment
( )   Advised of rights under Rule 20
( )   Signed Consent to Transfer (Rule 20)
( )   Petition to Enter Plea Filed                 ( )   Plea Agreement Attached
( )   Transferred to:

( )   ARRAIGNMENT AND PLEA:                                               ( )   No. of Counts:
      ( )   Waived Reading of     ( )   Indictment     ( )   Information  ( )   Read to Defendant
      ( )   Previous Plea         ( )   Guilty         ( )   Not Guilty   Counts:
      ( )   Guilty                                                        Counts:
      ( )   Not Guilty                                                    Counts:

( )   Bail denied                 (x)   Bail fixed at                     ( )   Bail remain at
(x)   Personal Recognizance       ( )   Unsecured                         ( )   Secured
(x)   Release Order               (x)   Executed                          ( )   Continued in effect
( )   Deft. remanded to custody   ( )   Pending compliance with conditions of release
( )   Detention Ordered

Case Management Meet and Confer:
Speedy Trial Act motions filed by:
Status Conference:
Deft's next appearance:        April 9, 2013 at 11:00 a.m. before Judge Waxse for arraignment and scheduling conference

**Miscellaneous:** **Defendant advised the Court that he intends to retain counsel.**