# CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.   Case No: 13-20033-01-KHV-DJW

JAMES HUMBERT

AUSA: Jabari B. Wamble
Counsel for Defendant: James R. Hobbs

| JUDGE: | David J. Waxse | DATE: | April 9, 2013 |
|---|---|---|---|
| DEPUTY CLERK: | Lori Lopez | TIME: | 11:04 AM |
| INTERPRETER: | None | PRETRIAL/PROBATION: | None |

Length of Hearing:  0  Hr(s)  4  Min(s)                                   Location: Kansas City, Kansas
Hearing Concluded:   (x) Yes ( ) No

## PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) | Held   ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held   ( ) | Waived | (x) | Arraignment |
| ( ) | Detention Hearing | ( ) | Held   ( ) | Waived | ( ) | |
| (x) | Scheduling Conference | (x) | Held   ( ) | Waived | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Interpreter | ( ) | Sworn | | ( ) | Previously sworn |
| ( ) | Charges and penalties explained to defendant | | | | | |
| ( ) | Defendant sworn and examined re: financial ability to retain counsel | | | | | |
| ( ) | Counsel appointed | | ( ) | At defendant's expense | | |
| ( ) | Constitutional rights explained | | ( ) | Felony | ( ) | Misdemeanor |
| ( ) | Defendant declined to waive indictment | | ( ) | Will be presented by next Grand Jury | | |
| ( ) | Signed Waiver of Indictment | | | | | |
| ( ) | Advised of rights under Rule 20 | | | | | |
| ( ) | Signed Consent to Transfer (Rule 20) | | | | | |
| ( ) | Petition to Enter Plea Filed | | ( ) | Plea Agreement Attached | | |
| ( ) | Transferred to: | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| (x) | **ARRAIGNMENT AND PLEA:** | | | | (x) | No. of Counts: 31 |
| | (x) Waived Reading of | (x) | Indictment | ( ) Information | ( ) | Read to Defendant |
| | ( ) Previous Plea | ( ) | Guilty | ( ) Not Guilty | Counts: | |
| | ( ) Guilty | | | | Counts: | |
| | (x) Not Guilty | | | | Counts: #1 through #31 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Bail denied | ( ) | Bail fixed at | | (x) | Bail remains at |
| (x) | Personal Recognizance | ( ) | Unsecured | | ( ) | Secured |
| (x) | Release Order | ( ) | Executed | | (x) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | | |
| ( ) | Detention Ordered | | | | | |

Case Management Meet and Confer:   May 13, 2013 at a time to be agreed on
Speedy Trial Act motions filed by:   May 21, 2013
Status Conference:   May 28, 2013 at 1:30 p.m. before Chief Judge Vratil
Deft's next appearance:   May 28, 2013 at 1:30 p.m. before Chief Judge Vratil

**Miscellaneous:**