IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HUMBERT,<br>KIMBERLY HUMBERT<br>    a.k.a. Kim Humbert,<br>CHARLES STEVENS II,<br>JOSE RAMON CARO-CORRAL,<br>ANGEL ARGUELLO-PLATA,<br>DENNIS ERICSON PORTILLO<br>    a.k.a. Maynor Benjamin Reyes,<br>    a.k.a. Alex Perez,<br>JORGE URIEL DELGADO-OVALLE, and<br>ADVANTAGE FRAMING SYSTEMS, INC.<br><br>Defendants, | CASE NO.: 13-20033<br>01,02,03,04,05,06,07,08 KHV-DJW |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through Jabari Wamble, Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure32.2(a) particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-captioned criminal case:

1. $9,171.98, more or less, seized on April 1, 2013 from Account #xxx1103 styled in the name Advantage Framing Systems, Inc. at Alterra Bank, 831 Woods Chapel Road, Lee's Summit, Missouri 64064.

2. $268,897.81, more or less, seized on April 1, 2013 from Account #xxx1081 styled in the name Advantage Component Systems, Inc. at Alterra Bank, 831 Woods Chapel Road, Lee's Summit , Missouri 64064.

**BARRY R. GRISSOM**
**UNITED STATES ATTORNEY**
**DISTRICT OF KANSAS**

<u>s/ Jabari B. Wamble #22730</u>
Assistant United States Attorney
500 State Avenue
Kansas City, Kansas 66101
Ph:913.551.6730
Fax:913.551.6541
barry.grissom@usdoj.gov
Kansas Supreme Court No. 10866

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to defense counsel.

Filed Electronically
s/JABARI B. WAMBLE
Assistant United States Attorney