PS 8
(02/07)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. James Humbert Docket No.   13-20033-01-KHV-DJW

Petition for Action on Conditions of Pretrial Release

COMES NOW Marlin T. Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Humbert, who was not placed under pretrial release supervision by the Honorable David J. Waxse sitting in the Court at Kansas City, Kansas, on April 1, 2013.  However, the defendant has violated the following condition of his unsupervised bond release:

1. **<u>Mandatory Condition #1:</u>**  **"The defendant must not violate federal, state or local law while on release."**

 Respectfully presenting petition for action of Court and for cause as follows:
 (if short insert here; if lengthy write on separate sheet and attach)

This officer has been notified by Assistant U.S. Attorney Jabari Wamble that the defendant has continued to engage in alleged similar criminal activities which are the basis of the original indictment including:  conspiring to harbor illegal aliens for private and commercial gain and conspire to commit money laundering by initiating financial transactions which involve the proceeds of specified unlawful activity.  He has continued to engage in the alleged employment of illegal aliens through Advantage Framing Systems, Inc.  A motion to revoke the bond of the defendant has been prepared by AUSA Wamble.

Likewise, a report has been prepared by ICE (Form I-213) regarding an individual (illegal alien) who was interviewed on June 18, 2013 by agents regarding his involvement with Advantage Framing Systems, Inc. and monies in the amount of $33,000 he has allegedly received from the company since the defendant was released on unsupervised bond back on April 1, 2013.

PRAYING THAT THE COURT WILL ORDER the issuance of a Warrant for the arrest of James Humbert and he be brought before the court to show cause why his bond should not be revoked.

Approved:

_Melissa L. Goldsmith_ (signature)
Melissa L. Goldsmith, Supervising
U.S. Probation Officer

**ORDER OF COURT**

[ ]  No Action
[x]  The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
[ ]  The Issuance of a Summons
[ ]  Other

Considered and ordered this __19th__ day of __June__, 20__13__ and ordered filed and made a part of the records in the above case.  **Issuance of a Warrant, Petition and Warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.**

_s/Kathryn H. Vratil_
Honorable Kathryn H. Vratil
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 19, 2013

_Marlin T. Carlson_ (signature)

Marlin T. Carlson
U.S. Probation Officer

Place: Kansas City, Kansas

cc:  Jabari Wamble, AUSA