CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

JAMES HUMBERT

Case No: 13-20033-01-KHV
AUSA: Jabari Wamble
Deft. Atty.: James R. Hobbs/Marily B. Keller

| JUDGE: | James P. O'Hara | DATE: | October 3, 2013 |
|---|---|---|---|
| DEPUTY CLERK: | Kathy Grant | TAPE/REPORTER: | 9:42 FTR/JPO |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | N/A |

Length of Hearing: ____ Hr(s) Min(s) 50      Location: Kansas City, Kansas
Hearing Concluded  X  Yes  ___ No

## PROCEEDINGS

- ( ) Arraignment and Plea        (X) Change of Plea        ( ) Appearance
- ( ) Felony                      ( ) Misdemeanor           ( ) Petty

- ( ) Interpreter        ( ) Appointed        ( ) Sworn
- (X) Consent to Proceed with Guilty Plea Before a U.S. Magistrate Judge in a Felony Case executed
- (X) Defendant placed under oath
- ( ) Counsel appointed        ( ) At defendant's expense
- (X) Constitutional rights explained        ( ) Felony   ( ) Misdemeanor
- ( ) Defendant declined to waive indictment        ( ) Will be presented by next Grand Jury
- ( ) Signed Waiver of Indictment
- ( ) Advised of rights under        ( ) Rule 20
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to Enter Plea Filed        ( ) Plea Agreement Attached
- ( ) Transfer under Rule 40 to:

- (X) ARRAIGNMENT AND PLEA:        ( ) No. of Counts ___
  - ( ) Waived Reading of    ( ) Indictment    ( ) Information    ( ) Read to Defendant
  - ( ) Previous Plea    ( ) Guilty    ( ) Not Guilty    Counts:_____Withdrawn
  - (X) Guilty                                           Count: __1__ Accepted
  - ( ) Not Guilty                                       Counts: ___

- (X) Judgment Deferred
- (X) P.S.I. Ordered
- (X) Sentencing set January 17, 2014, at 1:30 PM before Judge Vratil
- (X) Release Order continued

Miscellaneous: