IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Division)

FILED
OCT - 3 2013
Clerk, U.S. District Court
By:_____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-20033-01-KHV |
| ) | |
| JAMES HUMBERT ) | |
| ) | |
| Defendant. ) | |

## CONSENT TO PROCEED WITH GUILTY PLEA BEFORE A UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

I, James Humbert, have been fully informed and advised by my attorney of record, James R. Hobbs, of my legal right to enter a plea of guilty in this criminal case before a United States District Court Judge. I knowingly and voluntarily waive (that is, give up) my right to enter my guilty plea before a United States District Court Judge. I hereby consent to entering my guilty plea before United States Magistrate Judge James P. O'Hara.

_____
James Humbert, Defendant

_____
James R. Hobbs, Attorney for Defendant

Dated: October 3, 2013

Before: _____
James P O'Hara
United States Magistrate Judge

1